B3A (Official Form 3A) (12/07)

## United States Bankruptcy Court
### District of Hawaii

IN RE:

Hayes, Antoniette Pauline
_____ Debtor(s) _____

Case No. 10-00880

Chapter 7

2010 MAR 29 PM 2:51

### APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ **299.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **49.00**   Check one   ☑ With the filing of the petition, or
                              ☐ On or before _____

   $ **50.00**   on or before **April 5, 2010**
   $ **100.00**  on or before **May 5, 2010**
   $ **100.00**  on or before **June 5, 2010**

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    /s/ Antoniette Pauline Hayes    3/10/10
Signature of Attorney                Date                                      Date

_____             _____    _____
Name of Attorney                             Signature of Joint Debtor (if any)    Date

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); (3) if rules and guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept money or any other property from the debtor before the filing fee is paid in full.

**Barbara Miller**                                          **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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**2402 Country Club Drive**
**Pearland, TX 77581**
Address

_____                              **March 10, 2010**
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*



| Debtor: Hayes, Antoniette | Case No.: **10-00880** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **7** |

## ORDER ON PAYMENT OF FILING FEE IN INSTALLMENTS

**IT IS ORDERED:**

☒ The application is GRANTED. The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The application is GRANTED but the debtor(s) must pay the filing fee according to the following terms:

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____.

☐ The application is DENIED.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**IT IS FURTHER ORDERED** that any installment payments be made by money order, cashier's check, or cash. Personal checks by debtors are not accepted.

Date: MAR 2 9 2010

ROBERT J. FARIS
UNITED STATES BANKRUPTCY JUDGE

hib_3A-ord    12/08