# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII
# IMPORTANT INFORMATION FOR A CHAPTER 7 OR CHAPTER 13 DEBTOR

<u>*READ THIS NOTICE:*</u>  <u>Your case may be dismissed if you do not comply with certain statutory requirements and deadlines under applicable rules. Ask your attorney for explanations. Court personnel are not permitted to give you any legal advice.</u>

**1. Schedule and Statements.** If you did not file all the required schedules and statements with your petition, your case may be dismissed if you do not file them within 14 days after the date the petition was filed. You may request an extension of the deadline by filing a motion (a form "Debtor's Motion to Extend Time to File Case Opening Documents" may be downloaded from the court's website: http://www.hib.uscourts.gov).

**2. Credit Counseling Certificate.** If you did not file a credit counseling certificate with your petition, your case may be dismissed if you do not file it within 14 days after the date your petition was filed. If you requested a waiver or exemption from the requirement to obtain prebankruptcy credit counseling, your case may be dismissed if the court denies your request for the waiver or exemption. (Note: In addition to the prebankruptcy credit counseling, you must also complete a separate course in personal financial management – "debtor education" – see paragraph 8.)

**3. Payment Advices (Wage Statements, Pay Stubs, etc.).**   Your case may be dismissed if you do not provide the trustee ALL payment advices or other evidence of payments from your employer for the 60–day period before you filed your petition. **Do not file these with the court.** All wage statements and pay stubs must be sent to the trustee not later than 7 days before the date of your meeting of creditors or 45 days after the date your petition was filed, whichever is earlier. The trustee in your case is:

>David C. Farmer
>David C. Farmer Attorney at Law LLLC
>P.O. Box 4379
>Honolulu, HI 96812–4379

<u>Note</u>: If you do not have wage statements or pay stubs for the entire 60–day period, explain why in the attached "Debtor's Statement Regarding Payment Advices, Tax Returns, and Domestic Support Obligations" and submit it to the Trustee.

**4. Tax Returns.**  Your case may be dismissed if:

>a. You do not provide the trustee (as well as any creditor who sends you a written request) a copy of the most recent federal tax return (or a transcript of that return) that you have filed with the Internal Revenue Service. The copy of the return must be sent not later than 7 days before the meeting of creditors, or no more than 45 days after the date your petition was filed, whichever is earlier

>b. You do not file with the court, on request of the trustee or any party in interest, a copy of each federal tax return at the same time the return is filed with the IRS. This requirement applies to any tax returns which you file during the time your case is open and pending before the court.

>[Chapter 13 only] c. You have not filed, by the day before your meeting of creditors, all federal, state, and local tax returns due for the 4 years before this case. Any delinquent tax returns must be filed with the appropriate taxing authorities – do not

file these with the court.

Note: If you did not file a federal tax return, explain why in the attached "Debtor's Statement Regarding Payment Advices, Tax Returns, and Domestic Support Obligations" and submit to the Trustee.

**5. Meeting of Creditors.** Your case may be dismissed if you fail to attend the meeting of creditors. Make sure to bring all the following to the meeting:

a. A government issued picture identification and evidence of your social security number. Common forms of identification include a driver's license, state identification card, military ID, legal resident alien card, or passport. Evidence of your social security number includes a social security card, current employer's health card, current wage statement, original Form W–2, Form 1099, or IRS – issued <u>transcript</u> of return (but <u>not</u> a copy of your tax return).

b. Evidence of current income such as your most recent payment advice (this is in addition to the payment advices for the 60 day period before bankruptcy that sent to the trustee before the meeting of creditors).

c. The most recent statements for each of your bank and investment accounts.

d. Documentation of monthly expenses claimed in calculating your current monthly income on Form B22A in a Chapter 7 case or Form B22C in a Chapter 13 case.

e. Documentation for the valuation of any real or personal property.

f. Any other information requested in advance by the Trustee.

**6. Domestic Support Obligations.** If you owe money to a spouse, former spouse, your child, your child's parent, legal guardian, or a governmental unit that is in the nature of alimony, maintenance or support under a separation or property settlement agreement, divorce decree, court order, or lawful determination made by a governmental unit, your case may be dismissed if:

a. You do not pay a domestic support obligation that becomes payable after the filing of this case; or

b. You do not provide the Trustee with the information about a domestic support obligation, your employer's name and address, and the name of each creditor that holds a claim that is not discharged or was reaffirmed, to enable the trustee to provide notice to the holder of the claim and, if applicable, the appropriate state child support enforcement agency. You must provide the information in the attached "Debtor's Statement Regarding Payment Advices, Tax Returns, and Domestic Support Obligations" and submit to the Trustee.

**7. Lawsuits in Other Courts.** If you are a party to any litigation in another federal or state court, you are required by Local Bankruptcy Rule 2072–1 to notify that court that you have filed a bankruptcy petition. Notice should be sent at the earliest possible date to the clerk of the court, the judge, all counsel of record and to any parties not represented by counsel. File a certificate of service with this court showing the parties served with such notice. The debtor is also obligated to notify the court and parties of the dismissal of the case, an order granting or denying discharge, and other orders affecting the resumption of the litigation or the proceeding.

**8. Debtor Education.** You must complete a course in personal financial management, commonly referred to as debtor education, and file a certification (Official Form B23) that you

have complied. This is different from the credit counseling you needed before you filed your bankruptcy petition. An approved agency must issue you a debtor education certificate upon completion of the course. You do not need to file the debtor education certificate itself, but you must include the certificate number on the certification form. A copy of the certification form – "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Debtor Education)" – is attached to this notice. Each individual debtor must file this form so please make another copy if this is a joint case with your spouse.

In a Chapter 7 case, the certification is due 45 days after the date set for the first meeting of creditors.

In a Chapter 13 case, the certification is due prior to completion of your plan payments to the Trustee.

If you do not file the certification before the respective deadline, your case will be closed without a discharge in bankruptcy and you will continue to be responsible for all your debts. If your case is closed and you later wish to file a certification with the court, you will need to file a motion to reopen your case and must pay a reopening fee (currently, $260 in a Chapter 7 case or $235 in a Chapter 13 case, but these amounts are subject to change).

**9. Incorrect Name or Social Security Number on Petition.** Errors in your name or social security number on the petition can seriously affect another person's credit record and can lead to errors in your own credit record. Any error must be corrected and both creditors and credit reporting agencies should be notified of the changes. If your name on the petition is incorrect, you must file an amended petition with the court. If the social security number is incorrect, please see Local Bankruptcy Rule 1009–2 and the information at the court's website.

**10. Prior Discharge in Bankruptcy.** If you have previously received a discharge in another bankruptcy case, you may not be eligible for a discharge in this case.

In a Chapter 7 case, your case may be dismissed if you received a discharge in a prior Chapter 7 or Chapter 11 case filed within the last 8 years, or in a Chapter 13 case filed within the last 6 years.

In a Chapter 13 case, you may not receive a discharge even if you complete all your plan payments if you previously received a discharge in a prior Chapter 13 case during the 2 years preceding this case or in a Chapter 7, 11, or 12 case during the 4 years preceding this case.

**11. Chapter 13 Only:**

    a. Plan Payments. Your case may be dismissed if you do not make your first plan payment to the Trustee within 30 days after filing your petition.

    b. Annually Update Income Statements. Your case may be dismissed if, each year until your case is closed, you do not file with the court a statement of your income and expenditures for the prior tax year, and a statement that shows how your income, expenditures and monthly income are calculated.

**Dated: March 29, 2010**        Clerk of the Bankruptcy Court:
                                            **Michael B. Dowling**

hib_1007−1b2 (12/09)

**UNITED STATES BANKRUPTCY COURT – DISTRICT OF HAWAII**

| Name of Debtor or Joint Debtor *(Complete for each Individual)*<br><br>Antoniete Pauline Hayes | Case No.: 10−00880<br>Chapter: 7 |
|---|---|

**DEBTOR'S STATEMENT REGARDING**
**PAYMENT ADVICES, TAX RETURNS, AND DOMESTIC SUPPORT OBLIGATIONS**
*Do not file this with the court. Complete and mail to trustee at least 7 days before your meeting with creditors.*

☐ **Payment Advices** (wage statements, pay stubs, etc.) are being submitted to trustee.

☐ I am **not** submitting payment advices received from my employer during the 60 days before the date of filing of my bankruptcy petition because:

  ☐ I was not employed during these dates:
    from:_____to_____.

  ☐ I was employed but have not received any payment advices or other evidence of payment from my employer during the 60−day period before filing my petition.

  ☐ I am self−employed and do not receive any evidence of payment from an employer.

  ☐ Other reason *[Attach explanation if more space needed]*:


☐ **Most Recent Federal Income Tax Return or Transcript** is being submitted to trustee.

☐ I am **not** submitting my federal income tax return or transcript for the most recent tax year ending immediately before the date of filing of my bankruptcy petition because:

  ☐ I had insufficient gross income to require the filing of a federal tax return for tax year: _____.
    My income for that tax year was: $_____.

  ☐ Other reason *[Attach explanation if more space needed]*:


**Chapter 13 Only:** ☐ I have filed all returns for federal, state, and local taxes due for the 4 years before this case.

☐ I have **Domestic Support Obligations** (child support, alimony, divorce obligations, etc.).
*Provide the name and address of each individual or government payee here:*




I declare under penalty of perjury that the foregoing information is true and correct.

Date: _____       _____
                                                                                        Debtor / Joint Debtor

Official Form 23 (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re: **Antoniete Pauline Hayes**    Case Number: **10–00880**
                                      Chapter: **7**

### DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT (DEBTOR EDUCATION)

*Every individual debtor in a chapter 7, chapter 11 in which §1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below.*

☐ 1. I _____, certify that I completed an instructional course in personal financial management provided by the approved personal financial management instruction provider named below.

| Name of Provider | Date Completed | Certificate Number (if any) |
|---|---|---|
|  |  |  |

☐ 2. I _____, certify that no personal financial management course is required because of:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses. (Does not apply to Hawaii.)

/S/_____    _____
   Signature of Debtor                  Date

---

***Instructions:*** Use this form only to certify whether you completed a course in personal financial management (Debtor Education). (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file a certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

***Filing Deadlines:*** In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lanie              Page 1 of 1              Date Rcvd: Mar 29, 2010
Case: 10-00880                 Form ID: hn053           Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 31, 2010.
db         Antoniete Pauline Hayes,   P.O. Box 5490,   Kailua-Kona, HI  96745

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2010**                                  **Signature:**      /s/ Joseph Speetjens