ord002 (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Antoniete Pauline Hayes**

Debtor(s).

Case No.: **10–00880**

Chapter: **7**

## DEFICIENCY NOTICE

## ORDER TO SATISFY PETITION FILING REQUIREMENTS
## AND NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. Sec. 109(g)(1)

**TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD:**

This case was commenced with the filing of a voluntary petition on March 29, 2010 . The petition was not accompanied by one or more of the following documents required by 11 U.S.C. Sec. 521 and Fed. R. Bankr. P. 1007 and, if a case filed under chapter 13, by 11 U.S.C. Sec. 1321 and Fed. R. Bankr. P. 3015(b).

**Credit Counseling Cert due 04/12/2010**

**The documents listed above must be filed with the court within 14 days after the date of the filing of the petition [with the exception of the Statement of Intention which must be filed within 30 days], unless an extension of time is requested and granted.** The debtor and [if any] the joint debtor are hereby ordered to comply with the above filing requirements. Failure to comply by filing all missing documents within 14 days after March 29, 2010 may result in dismissal of the case and may also be considered a wilful failure to abide by court order within the meaning of 11 U.S.C. Sec. 109(g)(1). This means that the debtor and [if any] the joint debtor will not be eligible to file another bankruptcy petition for 180 days after the entry of an order dismissing the case.

**Dated: March 29, 2010**

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813

Telephone number: (808) 522–8100

Clerk of the Bankruptcy Court

**Michael B. Dowling**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: lanie           Page 1 of 1                    Date Rcvd: Mar 29, 2010
Case: 10-00880                Form ID: ord002       Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 31, 2010.
db           Antoniete Pauline Hayes,    P.O. Box 5490,    Kailua-Kona, HI  96745

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 31, 2010**                      Signature:       *Joseph Speetjens*