ord013 (11/09)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

Debtor:
Antoniette Pauline Hayes
P.O. Box 5494
Kailua–Kona, HI 96745

SSN/TAXID/Other: xxx–xx–7501

Case No.: 10–00880
Chapter: 7

### ORDER TO PAY FILING FEE INSTALLMENT

**Whereas,** the Debtor was permitted to pay the bankruptcy petition filing fee in installments by order of this court, and

**Whereas,** the debtor has failed to pay the installments pursuant to that order, as stated below:

Interim installment of $50 due on April 5, 2010; interim installment of $100 due on May 5, 2010; and final installment of $100 due on June 5, 2010, for a total due of $250.00.

**IT IS HEREBY ORDERED** that the Debtor pay the amount specified above within 7 days from the entry of this order. Failure to comply with this order will result in the dismissal of this case without further notice or hearing, pursuant to Rule 1017(b) of the Federal Rules of Bankruptcy Procedure, and the barring of the filing by the Debtor of a subsequent bankruptcy petition for 180 days from entry of an order dismissing the case, pursuant to 11 U.S.C. § 109(g). Dismissal of the case for failure to pay the filing fee installment or balance does not relieve the Debtor of the obligation to make payment to the court of the filing fee in full.

Dated: June 7, 2010

*Robert J. Faris*
United States Bankruptcy Judge

Documents may be viewed and filed at:

https://ecf.hib.uscourts.gov
(PACER account required)